**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **Case No. 5:23-cr-60 (MTT)** |
| **RAMIRET BERNARD DAVIS,** | : | |
| **Defendant.** | : | |

**ORDER**

Defendant Ramiret Bernard Davis has filed a "Motion for Production of Supervised Release Violation Records and Determination of Timeliness of Warrant" (Docs. 5, 6), in which he asks the Court to provide him various records concerning a petition for action on supervised release and warrant entered by this Court. Defendant also asks the Court to determine whether the warrant was entered before his supervised release term expired, whether any lawful tolling provision applies, or whether the Court has jurisdiction over the alleged violations. Defendant's motion indicates that Defendant is currently in state custody at Montgomery State Prison in Mount Vernon, Georgia.

Defendant's motion (Docs. 5, 6) is hereby **GRANTED in part and DENIED in part**. Any matters as to the substance and timeliness of the petition will be determined once Defendant is released from state custody and returned to federal custody for proceedings on the petition. The Clerk of Court is **DIRECTED** to forward to Defendant, at the address provided on his motion, a copy of the Court's docket from this case.

**SO ORDERED**, this 27th day of October, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge